Damonia Magnetic Mineral Company, appellee, v. William A. McNeill et al., defendants. Margaret McNeill Ayers, appellant. Gen. No. 34,232.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed December 16, 1930.

William P. Metcalf and Chester E. Cleveland, for appellant; Joseph W. Cummings, for appellee. Edmund S. Cummings, pro se.

Mr. Justice Barnes delivered the opinion of the court.

Emma Kofl, appellee, v. Globe Life Insurance Company of Illinois, appellant. Gen. No. 34,260.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed December 16, 1930.

A. W. Fulton, S. J. Fulton and J. F. Sheen, for appellant. John C. Setecka and B. M. Steiner, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Jourdan Packing Company, appellant, v. C. K. Kliauga et al., trading as Green Parrot Restaurant, defendants. C. K. Kliauga, appellee. Gen. No. 34,287.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed December 16, 1930.

Siebel & Severin, for appellant; A. F. W. Siebel and Wm. H. Severin, of counsel. Slakis & Spence, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

Foreman Trust & Savings Bank, administrator of the estate of Mary Ponczek, deceased, appellee, v. Prudential Insurance Company of America, appellant. Gen. No. 34,308.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed December 16, 1930.

Hoyne, O'Connor & Rubinkam, for appellant. Irving G. Zazove, for appellee; John B. King, of counsel.

Mr. Justice Barnes delivered the opinion of the court.